**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 275 |
| | : | |
| APPOINTMENT TO THE APPELLATE | : | APPELLATE COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2018, Teresa Ficken Sachs, Esquire, Philadelphia, is hereby appointed as a member of the Appellate Court Procedural Rules Committee for a term of three years, commencing August 1, 2018.